TAYLOR FUNERAL SERVICE, INC., a Missouri Corporation, Plaintiff/Respondent,

v.

Kenneth R. BOYER, Defendant/Appellant.

No. 58141.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 19, 1991.

Michael L. Maynard, Flat River, for defendant/appellant.

Dennis E. McIntosh, Farmington, for plaintiff/respondent.

ORDER

PER CURIAM.

This is an appeal from a judgment awarding attorney fees in an action on account.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

James M. CHANDLER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 43464.

Missouri Court of Appeals, Western District.

Feb. 19, 1991.

Brad B. Baker, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and KENNEDY and FENNER, JJ.

ORDER

PER CURIAM.

Defendant appeals from the denial of a Rule 29.15 motion for post-conviction relief, after an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).